### 16412.  SHARPE *v.* THE STATE.

LUKE, J.  Sharpe was convicted of the offense of seduction.  He complains:  (*a*) that the verdict was not authorized by the evidence, and (*b*) that the venue was not proved.  The evidence authorized the conviction, and the conviction has the approval of the trial judge.  There was evidence that the crime was committed in the county alleged in

the indictment and in which the defendant was being tried. For no reason pointed out did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Conviction of seduction; from Toombs superior court—Judge Strange. March 3, 1925.

*Enoch J. Giles,* for plaintiff in error.

*Walter F. Grey, solicitor-general, Saffold & Stallings, Lankford & Rogers,* contra.